POUGHKEEPSIE TRUST CO. v. LANE et al. (Supreme Court, Appellate Division, Second Department. October 22, 1903.) Action by the Poughkeepsie Trust Company against Charles E. Lane and others, constituting the board of review of assessments, etc. No opinion. Appeal withdrawn by consent of the parties.

PRESCOTT, Respondent, v. VILLAGE OF TICONDEROGA, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Edwin A. Prescott against the village of Ticonderoga. No opinion. Judgment and order unanimously affirmed, with costs.

PRICE et al., Appellants, v. LOVELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by Milbert F. Price and another against Joseph Lovell. No opinion. Judgment and order affirmed, with costs.

In re PURBY. (Supreme Court, Appellate Division, Third Department. November 17, 1903.) In the matter of the charges against Alonzo A. Purby, an attorney of the Supreme Court of the state of New York.

PER CURIAM. Ordered that Henry P. Pendrick, Esq., of Saratoga Springs, N. Y., be appointed referee to take testimony and report to the court, with his opinion thereon, and that Horace E. McKnight, Esq., of Ballston Spa, N. Y., be substituted as attorney in place of George R. Salisbury, Esq., to prosecute the proceeding.

QUAIL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by John H. Quail against the Metropolitan Street Railway Company. No opinion. Appeal dismissed, with taxable costs, before argument.

QUINN, Respondent, v. CRUMLIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by James Quinn against William Crumlin, as president, etc. No opinion. Judgment affirmed, with costs.

In re RANDALL. (Supreme Court, Appellate Division, First Department. October 16, 1903.) In the matter of Frank E. Randall. No opinion. Motion to dismiss appeal granted, with $10 costs.

RANDALL, Respondent, v. FINKENBERG, Appellant. (Supreme Court, Appellate Term. June 22, 1903.) Action by Frank M. Randall against Adolph Finkenberg. From a judgment for plaintiff, defendant appeals. Affirmed. Mr. Blumenthal, for appellant. C. H. Fuller, for respondent.

PER CURIAM. Substantially nothing but a question of fact is involved in this case. The claim of the defendant that he should have been allowed to show a custom prevailing with reference to the dealings had in the New York Furniture Exchange is not available. He makes no claim, either in his answer or in his testimony, that he did not purchase the identical goods shown him, and that those identical goods were not to be delivered to him, but other goods of which the articles shown were samples. Judgment affirmed, with costs.

RANGER, Respondent, v. THALMANN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Solomon Ranger against Ernst Thalmann and others. No opinion. Motion granted.

RANSWEILER, Respondent, v. WATSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Henry Ransweiler, an infant, etc., against James H. Watson and James H. Pittinger.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

REED & CARNRICK, Respondents, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 17, 1903.) Action by Reed & Carnrick against Fred White and others. No opinion. Judgment modified, by inserting provision that plaintiffs first tender to defendants the sum of $500 for a conveyance of said premises, and, in case said conveyance shall not be made, plaintiffs shall have the relief provided by said judgment, and, as so modified, affirmed, without costs to either party. If order is not agreed upon, to be settled by HOUGHTON, J.

REICH v. DYER et al. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Elizabeth Reich against Edith L. B. Dyer and others. No opinion. Motion granted.

REILLY v. FREEMAN et al. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by John Reilly, as assignee, against Charles Q. Freeman and others. No opinion. Motion denied, with $10 costs.

RETTAGLIATTA, Appellant, v. HAYWARD et al., Respondents. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Anna P. Rettagliatta, as administratrix, against Thomas J. Hayward and others. J. E. Judge, for appellant. Joseph N. Tuttle, for respondents. No opinion. Judgment affirmed, with costs, upon the authority of Gmaehle v. Rosenberg, 83 App. Div. 339, 82 App. Div. 366.